MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
GABRIELA TRAXLER-ROMIN (SBN CA 297244)
gtraxler-romin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company
(erroneously sued as MetLife, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLY QUACH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METLIFE, INC.,<br><br>　　　　　Defendant. | Case No.　2:19-cv-9218<br><br>**DECLARATION OF CINDY BROADWATER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[Filed concurrently with Notice of Removal]<br><br>Complaint Filed:　September 26, 2019 |

# DECLARATION OF CINDY BROADWATER

I, Cindy Broadwater, declare as follows:

1. I am employed as a Litigation Specialist with Metropolitan Life Insurance Company ("MetLife"). As part of my job duties and for purposes of this Declaration, I am familiar with Charly Quach's ("Quach") claim for short-term disability benefits at issue in this action as well as the Bank of America Short-Term Disability Plan (the STD Plan") documents governing his claim. If called as a witness in this matter, I could and would competently testify to all facts set forth in this Declaration from my own personal knowledge and from the documents that I have reviewed.

2. Attached hereto as Exhibit "1" is a true and correct copy of a document entitled "Bank of America Health & Insurance Summary Plan Description" in relation to the Bank of America STD Plan, a copy of which has been provided by Bank of America to MetLife and maintained by MetLife in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on October 25, 2019, in Arlington Heights, Illinois.


CINDY BROADWATER