MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
GABRIELA TRAXLER-ROMIN (SBN CA 297244)
gtraxler-romin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant Metropolitan Life Insurance Company (erroneously sued as MetLife, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLY QUACH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METLIFE, INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-9218<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: September 26, 2019 |

**TO THE COURT AND TO THE PLAINTIFF:**

The undersigned, counsel of record for Defendant Metropolitan Life Insurance Company, erroneously sued as MetLife, Inc., certifies that other than the named parties, Defendant identifies the following parties which may have a direct, pecuniary interest in the outcome of this case – Bank of America Corporation and The Bank of America Short Term Disability Plan.

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

DATED: October 25, 2019           HINSHAW & CULBERTSON LLP

By: /s/ *Misty A. Murray*
MISTY A. MURRAY
GABRIELA TRAXLER-ROMIN
Attorneys for Defendant Metropolitan
Life Insurance Company
(erroneously sued as MetLife, Inc.)