1  MISTY A. MURRAY (SBN CA 196870)
   mmurray@hinshawlaw.com
2  GABRIELA TRAXLER-ROMIN (SBN CA 297244)
   gtraxler-romin@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:  213-614-7399

6  Attorneys for Defendant
   Metropolitan Life Insurance Company
7  (erroneously sued as MetLife, Inc.)

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CHARLY QUACH,                         Case No.   2:19-cv-9218

13            Plaintiff,
                                          **DEFENDANT'S CORPORATE**
14      vs.                               **DISCLOSURE STATEMENT**

15  METLIFE, INC.,
                                          Complaint Filed:   September 26, 2019
16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**HINSHAW & CULBERTSON** LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

                              1

**TO THE COURT AND TO THE PLAINTIFF:**

The undersigned, counsel of record for Defendant Metropolitan Life Insurance Company, erroneously sued as MetLife, Inc., hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

DATED:  October 25, 2019                    HINSHAW & CULBERTSON LLP


                                            By: */s/ Misty A. Murray*
                                            MISTY A. MURRAY
                                            GABRIELA TRAXLER-ROMIN
                                            Attorneys for Defendant
                                            Metropolitan Life Insurance Company
                                            (erroneously sued as MetLife, Inc.)

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1025016\304549869.v1